# NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>INFINERA CORP.,<br><br>    Defendant and Counterclaimant. | Case No.: 8:17-cv-00548 AG (JPRx)<br><br>**ORDER DISMISSING ACTION BUT RETAINING JURISDICTION OVER THE ACTION AND THE PARTIES' SETTLEMENT AGREEMENT FOR PURPOSES OF SUMMARY ENFORCEMENT**<br><br>Hon. Andrew J. Guilford |

The parties' Joint Stipulated Dismissal Conditioned on the Court Retaining Jurisdiction Over the Action and the Parties' Settlement Agreement for Purposes of Summary Enforcement having been considered by this Court, and good cause having been shown, IT IS HEREBY ORDERED:

1. All counterclaims asserted by defendant and counterclaimant Infinera Corp. ("Infinera") in the above-captioned action are dismissed with prejudice, with each side bearing its own fees and costs;

2. All claims asserted by plaintiff and counterclaim-defendant Core Optical Technologies, LLC ("Core Optical") in the above-captioned action are dismissed with prejudice, with each side bearing its own fees and costs; and

3. **Despite** the current dismissal of all claims asserted by Core Optical, the Court retains jurisdiction over the above-captioned action, as well as the parties' Settlement Agreement (the "Settlement Agreement"), at least until February 22, 2021 (subject to any filing that may re-initiate the Court's jurisdiction), for purposes of summary enforcement of Sections 3.6 and 4.5.1 of the Settlement Agreement in all respects, including any cost and/or fee determination.

Dated: September 13, 2019

　　　　　　　　　　　　　　　　　　　　Hon. Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　　United States District Judge

1  Presented by:

2  Yasser M El-Gamal (State Bar No. 189,047)
   *yelgamal@manatt.com*
3  MANATT, PHELPS & PHILLIPS, LLP
4  695 Town Center Drive, 14th Floor
   Costa Mesa, CA 92626
5  Telephone: (714) 371-2500
6  Facsimile:  (714) 371-2550

7  Attorneys for Plaintiff and Counterclaim-Defendant
   CORE OPTICAL TECHNOLOGIES, LLC
8
   Ray Zado (State Bar No. 208,501)
9  *rayzado@quinnemanuel.com*
10 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
11 Redwood Shores, CA 94065
12 Telephone: (650) 801-5000
   Facsimile:  (650) 801-5100
13
   Attorneys for Defendant and Counterclaimant
14 INFINERA CORP.